IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01284-RPM

AURORA LOAN SERVICES, LLC,

    Plaintiff,

v.

FREMONT INVESTMENT & LOAN CORPORATION,

    Defendant,

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **September 6, 2007, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judgesframe.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **August 31, 2007.**

    Dated: July 25th, 2007

                                                 BY THE COURT:

                                                 s/ Richard P. Matsch
                                                 _____
                                                 Richard P. Matsch, Senior District Judge