IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01284-RPM

AURORA LOAN SERVICES LLC,

    Plaintiff,

v.

FREMONT INVESTMENT & LOAN CORPORATION,

    Defendant.

_____

ORDER GRANTING MOTION TO AMEND ANSWER AND SETTING "PHASE 2"
SCHEDULING CONFERENCE
_____

    Pursuant to Fremont's Unopposed Motion for Leave to Amend Answer and Status Report [15] filed on October 2, 2007, it is

    ORDERED that the motion to amend answer is granted and it is

    FURTHER ORDERED that a "Phase 2" scheduling conference will be held on **November 16, 2007, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on November 8, 2007.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

DATED: October 5th , 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge