IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Civil Action No. 1:07-CV-01284-RPM

AURORA LOAN SERVICES, LLC

    Plaintiff,

v.

FREMONT INVESTMENT & LOAN CORPORATION,

    Defendant.

---

**ORDER GRANTING FREMONT'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER**

---

Pursuant to Fremont Investment & Loan Corporation's Motion for Leave to File Second Amended Answer and Notice of Intent to File Counterclaims Pending Discovery Responses, and for the reasons set forth therein it is hereby

ORDERED that the motion is GRANTED, and the Second Amended Answer and Defenses is deemed accepted for filing as of the date hereof.

Dated this 15th day of January, 2008.

                              s/Richard P. Matsch

                              DISTRICT COURT JUDGE