IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: October 15, 2008
Courtroom Deputy: Valeri P. Barnes
FTR: Kathy Terasaki

_____

Civil Action No. 07-cv-01284-RPM-CBS

| | |
|---|---|
| AURORA LOAN SERVICES LLC f/k/a AURORA LOAN SERVICES, INC. as Master Servicer or Loan Administrator and on behalf of STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-BC2, STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-S3, STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-S4, STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-S5, LEHMAN BROTHERS HOLDINGS, INC., and LEHMAN BROTHERS BANK, FSB,<br><br>    Plaintiffs,<br><br>v.<br><br>FREMONT INVESTMENT & LOAN CORPORATION,<br><br>    Defendant. | Daniel Calisher<br>Reid Neureiter<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Tal Franklin<br>Tobin Kern |

_____

## COURTROOM MINUTES
_____

**HEARING: Motion**

**9:00 a.m.**      **Court in session**.

Also present: Fremont consultant Edward Schmidt.

Court reviews the background surrounding the Settlement Agreement with counsel.

Argument by Mr. Franklin and Mr. Calisher on Defendant's Motion to Enforce Settlement

Agreement, or in the Alternative, Motion to Substitute U.S. Bank National Association a Plaintiff **(31)**.

**ORDERED:** Defendant Fremont Investment & Loan Corporation's Motion to Enforce Settlement Agreement, or in the Alternative, Motion to Substitute U.S. Bank National Association as Plaintiff **(31)** is **denied**.

**9:19 a.m.** **Court in recess/hearing concluded**.

Total in-court time: 00:19