IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01284-RPM-CBS

AURORA LOAN SERVICES LLC f/k/a AURORA
LOAN SERVICES, INC. as Master Servicer or
Loan Administrator and on behalf of
STRUCTURED ASSET SECURITIES
CORPORATION MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-BC2,
STRUCTURED ASSET SECURITIES
CORPORATION MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-S3,
STRUCTURED ASSET SECURITIES
CORPORATION MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-S4,
STRUCTURED ASSET SECURITIES
CORPORATION MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-S5,
LEHMAN BROTHERS HOLDINGS, INC., and
LEHMAN BROTHERS BANK, FSB,

        Plaintiffs,
v.

FREMONT INVESTMENT & LOAN CORPORATION,

        Defendant.

_____

## ORDER OF DISMISSAL
_____

Upon review of the Stipulated Dismissal with Prejudice [45], filed on February 3, 2009, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own costs and fees.

DATED: February 4th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge